BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:14-MJ-00035-CMK |
|---|---|
| Plaintiff, | ORDER TO DISMISS THE COMPLAINT AND VACATE STATUS CONFERENCE DATE |
| v. | |
| DAVID M. DANYEUR, | |
| Defendant. | |

It is hereby ordered that the complaint in Case Number 3:14-mj-00035-CMK is dismissed without prejudice and the status conference date of January 8, 2015 at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated:  January 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1